# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159784(42)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KEN KRUSE,
        Plaintiff-Appellant,

v

PAMELA ALBRING,
        Defendant-Appellee,
and

STEVE ALBRING,
        Defendant.
_____/

SC: 159784
COA: 343705
Lenawee CC: 16-005580-NO

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on July 22, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2019



Clerk